**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| (Kim) Willie Brown, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 18 C 50036 |
| v. ) | |
| ) | Judge Iain D. Johnston |
| C/O Sharp, et al., ) | |
| ) | |
| Defendants. ) | |

**REPORT AND RECOMMENDATION**

    By order dated February 6, 2019, the Court denied Plaintiff's renewed *in forma pauperis* application without prejudice to the submission of an updated application that accurately disclosed her current financial and employment information following her release from custody [27]. Plaintiff was warned that failure to file a properly completed application or pay the remainder of the filing fee by March 12, 2019, would result in a report and recommendation that this case be summarily dismissed. To date, Plaintiff has not complied with the Court's order. Accordingly, it is the Court's Report and Recommendation that this case be dismissed without prejudice for Plaintiff's failure to comply with the Court's order. Plaintiff may file an objection to this Report and Recommendation with the assigned district judge by April 8, 2019. Failure to object may constitute waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260-61 (7th Cir. 1989).

Date: 3/20/2019      By: _____
                                                                                 Iain D. Johnston
                                                                                 United States Magistrate Judge