## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| (Kim) Willie Brown, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: 18 C 50036 |
| | ) | |
| C/O Sharp, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

### **ORDER**

Before the court is a report and recommendation ("R&R") [28] from the magistrate judge that this case be dismissed without prejudice for plaintiff's failure to file a properly completed in forma pauperis application or pay the remainder of the filing fee by March 12, 2019 as per the magistrate judge's order [27]. Accordingly, there being no written objection to the magistrate judge's R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R. This case is closed.

Date: 4/9/2019　　　　　　　　　　　　　ENTER:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　FREDERICK J. KAPALA
　　　　　　　　　　　　　　　　　　　　District Judge